AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Nevada

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MICHAEL G. HOLT | Case No.   2:03-CR-0267-RLH-LRL |
| | USM No.   38355-048 |
| | RACHEL KORENBLAT, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   1-5 of the Petition #49   of the term of supervision.

☐  was found in violation of condition(s) count(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. of the Petition | Failed to Refrain from Committing another Federal, State or Local Crime | 7/21/2009 |
| 2. of the Petition | Failed to Notify Probation within 72 hours of being Arrested/Questioned | 7/22/2009 |
| 3. of the Petition | Failed to Submit to Drug/Alcohol Testing as Directed by Probation | 7/2/2009 |
| 4. of the Petition | Failed to Refrain from Illegally Possessing a Controlled Substance | 7/1/2009 |
| 5. of the Petition | Failed to Notify Probation 10 days prior to change in Residence/Employment | 7/22/2009 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s)   ALL REMAINING   and is discharged as to such violation(s) condition. 2nd #2 of the Petition #49 is DISMISSED.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   xxxx

Defendant's Year of Birth:   1972

City and State of Defendant's Residence:
Nevada

MAY 26, 2010
Date of Imposition of Judgment

*Roger L. Hunt*
Signature of Judge

ROGER L. HUNT, U.S. DISTRICT JUDGE
Name and Title of Judge

MAY 28, 2010
Date

Judgment — Page  2  of  2

DEFENDANT:        MICHAEL G. HOLT
CASE NUMBER:      2:03-CR-0267-RLH-LRL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :
24 Months, no supervision to follow.

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the Defendant be permitted to serve his incarceration in Victorville, CA.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL